UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3-07-0949 |
| AMERICAN NONWOVENS CORPORATION, | ) ) ) | Judge William J. Haynes |
| Defendant. | ) | JURY DEMAND |

*Handwritten note in right margin:* ORDER upon review of the file, the motion is DENIED as moot. [signature] 4-11-08

JOINT MOTION TO EXTEND CONFERENCE DEADLINE

Plaintiff E.I. du Pont de Nemours and Company and Defendant American Nonwovens Corporation (hereinafter "the Parties") file this Joint Motion to Extend Conference Deadline. The Parties request a one-week extension to conduct the 90-day conference required under Section III B. of Case Management Order No. 1. The new deadline to participate in the 90-day conference would be Thursday, March 6, 2008.

The Parties have worked diligently to schedule the 90-day conference since the initial case management conference. The Parties experienced difficulty in scheduling the 90-day conference due to the fact that the individuals who will participate in the conference on behalf of Plaintiff and Defendant reside in Delaware and Mississippi. The Parties have confirmed in writing that the 90-day conference will be held on Thursday, March 6, 2008 at 2:00 p.m. if the Court approves the requested one-week extension.