IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMERICAN NONWOVENS CORPORATION, )<br>)<br>Defendant. ) | NO. 3:07-00949<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for partial summary judgment (Docket Entry No. 46) is **GRANTED**. Plaintiff's breach of contract claims related to the Advance Agreement are **DISMISSED** with prejudice. Additionally, Plaintiff's motion for summary judgment (Docket Entry No. 50) is **GRANTED** in part and **DENIED** in part.

Plaintiff is **AWARDED** sixty-eight thousand six hundred fifty seven dollars and fifty cents ($68,657.50) for its breach of contract claims under the Engineering Services Agreement. Plaintiff is awarded prejudgment interest under Tenn. Code Ann. 47-14-103(3) of ten percent (10%) per annum from March 2002 until paid.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 20th day of April, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge